# HERBERT S. FORSMITH

ATTORNEY AT LAW

26 BROADWAY
17TH FLOOR
NEW YORK, NY 10004
TEL: (212) 809-1772
FAX: (212) 809-6122

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __7-8-21__

July 7, 2021

**Via Electronic Filing**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

_/s/ John G. Koeltl_
7/8/21   John G. Koeltl, U.S.D.J.

### RE: _Mosley v. Commissioner of Social Security, 20-cv-7940 (JGK)_

Dear Judge Koeltl:

Your order of September 24, 2020 provided that:

- in cases where the Plaintiff is represented by counsel, the Plaintiff shall file a motion for judgment on the pleadings within 60 days of the date on which the Defendant files the certified transcript of the administrative proceedings

Your order of February 16, 2021 provided that:

- the answering brief must be filed within 60 days of the filing of the motion.
- a reply must be filed within 21 days thereafter.

I am compelled to respectfully request a 60-day extension of time and am proposing that:

- by August 31, 2021, Plaintiff shall file a motion for judgment on the pleadings
- by October 30, 2021, Defendant shall file an answering brief
- by November 20, 2011 Plaintiff shall file a reply, if any.

This is Plaintiff's first request for an extension.

Counsel for the Commissioner has informed me that she consents to this extension.

Thank you for your consideration.

Respectfully submitted,

_/s/_ Herbert _S. Forsmith_

Cc:     Susan D. Baird
        U.S. Attorney's Office, SDNY (St Andw's)
        One St. Andrew's Plaza
        New York, NY 10007