

# HERBERT S. FORSMITH
ATTORNEY AT LAW

26 BROADWAY
17TH FLOOR
NEW YORK, NY 10004
TEL: (212) 809-1772
FAX: (212) 809-6122

**SO ORDERED:**

Application GRANTED.  No further extensions will be given absent extraordinary circumstances.

_____
Ona T. Wang                 10/19/21
United States Magistrate Judge

October 15, 2021

<u>Via Electronic Filing</u>

The Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

<u>RE: Mosley v. Commissioner of Social Security, 20-cv-7940 (JGK)</u>

Dear Judge Wang:

Your order of August 31, 2021 provided that:
- by October 15, 2021 Plaintiff's counsel shall deliver to the assigned government attorney a draft of Plaintiff's portions of the Joint Stipulation
- by November 15, 2021 the Commissioner shall provide to Plaintiff's counsel the Commissioner's portions of the joint stipulation
- by November 29, 2021 Plaintiff's Counsel shall incorporate into the joint stipulation any reply Plaintiff may wish to make
- by December 2, 2021 the government attorney shall sign and electronically file the Joint Stipulation.

Due to ongoing health concerns and the press of business I am compelled to respectfully request a 21-day extension of time and am proposing that:
- by November 5, 2021 Plaintiff's counsel shall deliver to the assigned government attorney a draft of Plaintiff's portions of the Joint Stipulation
- by December 6, 2021 the Commissioner shall provide to Plaintiff's counsel the Commissioner's portions of the joint stipulation
- by December 20, 2021 Plaintiff's Counsel shall incorporate into the joint stipulation any reply Plaintiff may wish to make
- by December 23, 2021 the government attorney shall sign and electronically file the Joint Stipulation.

This is Plaintiff's second request for an extension.

Counsel for the Commissioner has informed me that she consents to this extension.

Thank you for your consideration.

Respectfully submitted,

*/s/* Herbert *S. Forsmith*
Cc:    Susan D. Baird
       U.S. Attorney's Office, SDNY (St Andw's)
       One St. Andrew's Plaza
       New York, NY 10007