**UNITED STATES DISTRICT COURT§**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                          :

DEBORAH MOSLEY,

                     Plaintiff,

          -against-

KILOLO KIJAKAZI, COMMISSIONER OF SOCIAL
SECURITY,

                  Defendant.

----------------------------------------------------------------x

20-CV-7940 (OTW)

**<u>ORDER</u>**

     **ONA T. WANG, United States Magistrate Judge:**

     Plaintiff, Deborah Mosley, filed concurrent claims for both Title II and Title XVI benefits

under the Social Security Act with a protective filing date of **November 14, 2016**. (ECF 7 at 11).

The parties' Joint Stipulation does not discuss whether the Treating Physician Rule or the new

regulations in 20 CFR §§ 404.1520c and 416.920c apply in Plaintiff's case. (ECF 26). *See e.g.,*

*Acosta Cuevas v. Comm'r of Soc. Sec.*, No. 20-CV-0502 (AJN)(KHP), 2021 WL 363682, at *9

(S.D.N.Y. Jan. 29, 2021*), R&R adopted sub nom. Cuevas v. Comm'r of Soc. Sec*., No. 20-CV-0502

(KMW)(KHP), 2022 WL 717612 (S.D.N.Y. Mar. 10, 2022); Revisions to Rules Regarding the

Evaluation of Medical Evidence, 2017 WL 168819, 82 Fed. Reg. 5844-01, at *5844 (Jan. 18,

2017); *see also* 20 C.F.R. §§ 404.1520c and 416.920c (addressing "[h]ow we consider and

articulate medical opinions and prior administrative medical findings for claims filed on or after

March 27, 2017").

The parties are directed to meet and confer and submit a joint status letter on **July 26, 2022,** identifying the applicable rule, and proposing a briefing schedule for supplemental briefing that actually applies the rule.

**SO ORDERED.**


_s/ Ona T. Wang_

Dated: July 12, 2022                                              **Ona T. Wang**
      New York, New York                              United States Magistrate Judge