**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DEBORAH MOSLEY,

                Plaintiff,                      20 **CIVIL** 7940 (OTW)

      -against-                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated November 10, 2022, Plaintiff's Motion for Judgment on the Pleadings is GRANTED, the Commissioner's Cross-Motion for Judgment on the Pleadings is DENIED, and the case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g); accordingly, this case is closed.

**Dated:** New York, New York
         November 14, 2022

                                                  **RUBY J. KRAJICK**

                                                    Clerk of Court

                      **BY:**

                                                      **Deputy Clerk**