**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
DEBORAH MOSLEY,                                             :
                   Plaintiff,                    :
        -against-                                        :             20-CV-07940 (OTW)
:
:
                                            :             **OPINION & ORDER**
COMMISSIONER OF SOCIAL SECURITY,                           :
                        Defendant.       :
:
:
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On November 10, 2022, the Court entered an order remanding this case to the

Commissioner of Social Security (the "Commissioner") for further proceedings pursuant to 42

U.S.C. § 405(g). (ECF 31). On January 18, 2023, Plaintiff moved for attorneys' fees in the amount

of $4,126,20 pursuant to the Equal Access to Justice Act (the "EAJA"), 28 U.S.C. § 2412. (ECF

Nos. 33-38). [1] On February 7, 2023, Defendant filed a letter advising the Court that the

Commissioner did not object to Plaintiff's motion. (ECF 39).

Upon consideration of Plaintiff's motion and accompanying submissions, and the

Defendant's consent thereto, Plaintiff's motion for attorneys' fees is **GRANTED**. The Defendant

is directed to pay Plaintiff the sum of four thousand, one hundred and twenty-six dollars and

twenty cents ($4,126.20) in attorneys' fees pursuant to the EAJA, 28 U.S.C. § 2412, in full

satisfaction of any and all claims for attorneys' fees under the EAJA in connection with this

---

[1] Due to a filing error, Plaintiff had to re-file her motion on February 10, 2023. (ECF Nos. 40-46).

action. Fees may be paid to Plaintiff's counsel if Plaintiff has so agreed in writing, and Plaintiff

owes no debt to the federal government that is subject to offset.

The Clerk of Court is respectfully directed to close ECF 40.

**SO ORDERED.**


Dated: November 3, 2023                                        _s/ Ona T. Wang_
       New York, New York                                      **Ona T. Wang**
                                                       United States Magistrate Judge